AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | United States District Court, Central District of California | 04/04/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodan of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | O'Melvey & Myers--retirement pension, paid monthly | $115,704.00 |
| 2. 2016 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $17,762.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | April 4-5, 2016 | Stanford, California | Intellectual Property Conference, participant | Food, Lodging, Airfare |
| 2. | Association of Business Trial Lawyers | October 4-9, 2016 | Kapalua, Hawaii | Annual Meeting, Seminar Participant | Food, Lodging, Airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |
| 8. Time Inc. | A | Dividend | J | T | | | | | |
| 9. Time Warner Cable (TWC) | A | Dividend | | | Sold | 04/11/16 | K | D | |
| 10. Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 11. Corning common | A | Dividend | K | T | | | | | |
| 12. General Electric | D | Dividend | M | T | | | | | |
| 13. Estee Lauder common | A | Dividend | K | T | | | | | |
| 14. Microsoft common | C | Dividend | M | T | | | | | |
| 15. Newell Rubbermain common | A | Dividend | K | T | Donated (part) | | | | |
| 16. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 17. Tyson Foods Inc. common | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Walmart common | B | Dividend | L | T | | | | | |
| 19. Xcel Energy Inc. common | D | Dividend | M | T | Donated (part) | | | | |
| 20. Charles Schwab Muni Money Fund | A | Dividend | M | T | | | | | |
| 21. Bed Bath & Beyond common | A | Dividend | K | T | | | | | |
| 22. Southwest Airlines common | A | Dividend | L | T | | | | | |
| 23. Consolidated Edison | C | Dividend | L | T | | | | | |
| 24. Pimco Total Return | A | Distribution | M | T | | | | | |
| 25. | C | Dividend | | | | | | | |
| 26. Gabelli Small Cap Growth | A | Distribution | L | T | | | | | |
| 27. AGL Resources common | A | Dividend | | | Sold | 07/01/16 | L | E | |
| 28. Verizon common | B | Dividend | K | T | | | | | |
| 29. CSX common | A | Dividend | K | T | | | | | |
| 30. Alaska Airlines | A | Dividend | L | T | | | | | |
| 31. Apache Oil | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. Held in Account 3: | | | | | | | | | |
| 34. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Time Inc. | A | Dividend | J | T | | | | | |
| 36. Blackhawk Network Holdings | | None | J | T | | | | | |
| 37. Time Warner Cable | A | Dividend | | | Sold | 4/13/16 | J | A | |
| 38. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 39. Intel Corp. common | A | Dividend | K | T | | | | | |
| 40. Ford Motor common | A | Dividend | J | T | | | | | |
| 41. Advanced Micro Devices common | | None | K | T | | | | | |
| 42. Caleres Inc. (formery Brown Shoe) | A | Dividend | K | T | | | | | |
| 43. Manitowoc Company common | | None | J | T | Distributed (part) | 03/03/16 | K | | |
| 44. Welbilt, Inc. | | None | K | T | Spinoff (from line 43) | 03/03/16 | K | | |
| 45. Safeway CASA Ley Cvr rights | | None | J | U | | | | | |
| 46. Safeway PDC LLC Cvr rights | | None | J | T | | | | | |
| 47. Jet Blue common | | None | K | T | | | | | |
| 48. AT & T | B | Dividend | L | T | | | | | |
| 49. Aronic (formerlly Alcoa0 | A | Dividend | J | T | Distributed (part) | 10/31/16 | J | | |
| 50. Alcoa (new) | | None | J | T | Spinoff (from line 49) | 10/31/16 | J | | |
| 51. Arcellor Mittal | | None | J | T | Buy | 05/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Held in Account 4: | | | | | | | | | |
| 54. Duke Energy common | A | Dividend | J | T | | | | | |
| 55. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 56. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 57. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 58. Bank of America | A | Dividend | J | T | | | | | |
| 59. Caleres Inc. (formerly Brown Shoe) | A | Dividend | J | T | | | | | |
| 60. Cabellas | | None | J | T | | | | | |
| 61. CVS Caremark | A | Dividend | J | T | | | | | |
| 62. Corning | A | Dividend | J | T | | | | | |
| 63. Blackhawk Network Holding | | None | J | T | | | | | |
| 64. Intel Corporation | A | Dividend | J | T | | | | | |
| 65. Stanlely Black & Decker | A | Dividend | J | T | | | | | |
| 66. Safeway CASA Ley Cvr rights | | None | J | T | | | | | |
| 67. Safeway PDC LLC Cvr rights | | None | J | T | | | | | |
| 68. AT & T common | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sunoco common | A | Dividend | J | T | | | | | |
| 70. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 71. Alaska Airlines | A | Dividend | J | T | Buy | 01/14/16 | J | | |
| 72. Chico's FAS | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 73. IBM | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 74. | | | | | | | | | |
| 75. Held in Account 5: | | | | | | | | | |
| 76. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 77. Comcast Corp. common | A | Dividend | L | T | | | | | |
| 78. Supervalu Inc. | | None | J | T | | | | | |
| 79. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 80. Time Warner Cable (TWC) | A | Dividend | | | Sold | 04/27/16 | K | E | |
| 81. Conagra Foods common | C | Dividend | M | T | Distributed (part) | 11/09/16 | K | E | |
| 82. Lamb Wesson | | None | K | T | Spinoff (from line 81) | 11/09/16 | K | | |
| 83. Ford Motor Co. common | C | Dividend | L | T | | | | | |
| 84. HP, Inc. (formerly Hewlett-Packard) | B | Dividend | L | T | | | | | |
| 85. Hewlett Packard Enterprises | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Liberty Interactive (QVCA) | | None | K | T | | | | | |
| 87. | Liberty Interactive (LVNTA) | | None | J | T | Distributed<br>(part) | 11/07/16 | J | A | |
| 88. | Liberty Expedia Holdings (LEXEA) | | None | J | T | Spinoff<br>(from line 87) | 11/07/16 | J | | |
| 89. | Liberty Media Corp. (LMCA) | | None | J | T | Distributed<br>(part) | 07/22/16 | J | A | |
| 90. | | | | | | Distributed<br>(part) | 04/18/16 | J | A | |
| 91. | Commercehub Class A | | None | J | T | Spinoff<br>(from line 89) | 07/22/16 | J | | |
| 92. | Commercehub Class C | | None | J | T | Spinoff<br>(from line 89) | 07/22/16 | J | | |
| 93. | Liberty Media Corp., Series A Braves<br>(BATRA) | | None | J | T | Spinoff<br>(from line 89) | 04/18/16 | J | | |
| 94. | Liberty Media Corp., Series C Braves<br>(BATRK) | | None | J | T | Spinoff<br>(from line 89) | 04/18/16 | J | | |
| 95. | Liberty Media Corp., Series A Liberty Sirius<br>XM (LSXMA) | | None | J | T | Spinoff<br>(from line 89) | 04/18/16 | J | | |
| 96. | Liberty Media Corp., Series C Liberty Sirius<br>(LSXMK) | | None | J | T | Spinoff<br>(from line 89) | 04/18/16 | J | | |
| 97. | Liberty Media Corp. (LMCK) | | None | J | T | | | | | |
| 98. | Starz Liberty Cap | | None | | | Merged<br>(with line 99) | 12/16/16 | J | A | |
| 99. | Lions Gate Entertainment | | None | J | T | Buy | 12/16/16 | J | | |
| 100. | Mattel Inc. common | A | Dividend | J | T | | | | | |
| 101. | Microsoft common | D | Dividend | M | T | | | | | |
| 102. | Oralce common | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 104. Symantec Corp. | A | Dividend | J | T | | | | | |
| 105. Viacom Class B new | B | Dividend | K | T | | | | | |
| 106. CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 107. Waste Management common | B | Dividend | L | T | | | | | |
| 108. Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 109. Charles Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 110. Southwest Airlines common | A | Dividend | M | T | | | | | |
| 111. Intel Corp. | C | Dividend | M | T | | | | | |
| 112. Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 113. Apache Corporation | B | Dividend | M | T | | | | | |
| 114. Home Depot common | C | Dividend | M | T | | | | | |
| 115. General Electric common | A | Dividend | K | T | | | | | |
| 116. Boeing common | B | Dividend | L | T | | | | | |
| 117. Rockwell Collins common | A | Dividend | L | T | | | | | |
| 118. Chevron Corp. | C | Dividend | M | T | | | | | |
| 119. CVS Caremark | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Northrop Grumman | C | Dividend | M | T | | | | | |
| 121. DuPont | B | Dividend | L | T | | | | | |
| 122. Chemours Co. | A | Dividend | J | T | | | | | |
| 123. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 124. Verizon | C | Dividend | M | T | | | | | |
| 125. | | | | | | | | | |
| 126. Held in Account 7: | | | | | | | | | |
| 127. Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 128. IBM common | A | Dividend | J | T | | | | | |
| 129. AT&T | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 130. | | | | | | | | | |
| 131. Held as Custodian: | | | | | | | | | |
| 132. Excel Engergy Inc. common | C | Dividend | L | T | | | | | |
| 133. | | | | | | | | | |
| 134. Trust No. 2: | | | | | | | | | |
| 135. Schwab Vaulue Advantage Fund | A | Dividend | K | T | | | | | |
| 136. GNMA PL ▨ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Distribution | | | | | | | |
| 138. National Grid PLC | A | Dividend | J | T | | | | | |
| 139. AGL Resources | A | Dividend | | | Sold | 07/01/16 | L | E | |
| 140. Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 141. Essex Property Trust | A | Dividend | K | T | | | | | |
| 142. Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 143. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 144. Charles Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 145. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 146. AT & T Corp. new | D | Dividend | N | T | Buy (add'l) | 11/09/16 | L | | |
| 147. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 148. | | | | | | | | | |
| 149. Held in Account 8 (transferred to Northern Trust, 12-27-16): | | | | | | | | | |
| 150. Cisco Systems common | B | Dividend | L | T | | | | | |
| 151. General Electric common | A | Dividend | K | T | | | | | |
| 152. AT & T | A | Dividend | J | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. O & M Investment Partners: | | | | | | | | | |
| 155. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |
| 156. O & M Investment Partners/Playa Vista | | None | J | U | | | | | |
| 157. O & M Investment Partners/Playa Vista II | | None | J | U | | | | | |
| 158. | | | | | | | | | |
| 159. Bank Accounts: | | | | | | | | | |
| 160. Bank of America | | None | J | T | | | | | |
| 161. One West Bank | A | Interest | M | T | | | | | |
| 162. One West Bank | A | Interest | M | T | | | | | |
| 163. One West Bank (Checking) | | None | K | T | | | | | |
| 164. | | | | | | | | | |
| 165. Custodian Accounts: | | | | | | | | | |
| 166. Custodian Account BCS 1 | | | | | | | | | |
| 167. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 168. Custodian Account BCS 2 | | | | | | | | | |
| 169. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 170. Custodian Account BCS 3 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 172. Custodian Account BCS 4 | | | | | | | | | |
| 173. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 174. Custodian Account BCS 5 | | | | | | | | | |
| 175. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 176. Custodian Account BCS 6 | | | | | | | | | |
| 177. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 178. Custodian Account JSL1 | | | | | | | | | |
| 179. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | Partial Gift |
| 180. Custodian Account JSL2 | | | | | | | | | |
| 181. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 182. Custodian Account JSL3 | | | | | | | | | |
| 183. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 184. Custodian Account SSD1 | | | | | | | | | |
| 185. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 186. Custodian Account SSD2 | | | | | | | | | |
| 187. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Custodian Account SSD3 | | | | | | | | | |
| 189. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | Partial Gift |
| 190. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII of my calednar year 2014 report lists an investment in GNMA PL       at lines 74-76. The bond was redeemed on June 16, 2014, and should have been so identified.

The entries should have been: GNMA PL       A  Interest  Redeemed 06/16/14 J A

         A Distribution

The entries for the bond were erroneouly carried forward in the 2015 report at lines 80-81.

Because the bond was no longer held in 2016, it has not been carried forward in the calendar year 2016 report.

I regret the error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544